IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Love-Williams, Susie A | Case Number:  07 B 20866 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  11/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  June 17, 2008
Confirmed:  April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,738.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,560.03 |
| Trustee Fee: | | 177.97 |
| Other Funds: | | 0.00 |
| Totals: | 2,738.00 | 2,738.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,860.50 | 2,560.03 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | National City Bank | Secured | 0.00 | 0.00 |
| 4. | National City Bank | Secured | 0.00 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 8,792.81 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,281.09 | 0.00 |
| 7. | Internal Revenue Service | Priority | 9,783.03 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 115.65 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 21.03 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 1,883.76 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 161.69 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 125.16 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 126.31 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 19.48 | 0.00 |
| 15. | Roosevelt University | Unsecured | 714.12 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 25.30 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 1,317.74 | 0.00 |
| 18. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 19. | CB USA | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| 21. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 22. | CBCS | Unsecured | | No Claim Filed |
| 23. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Resurgent Capital Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Love-Williams, Susie A | Case Number: 07 B 20866 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 11/7/07 |

| | | | |
|---|---|---|---|
| 26. Sherman Acquisition | Unsecured | | No Claim Filed |
| 27. Williams, Alexander & Assoc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 27,227.67 | $ 2,560.03 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 177.97 |
| | _____ |
| | $ 177.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMack_____